# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 833 |
| | : | |
| ORDER SUSPENDING/MODIFYING | : | SUPREME COURT RULES |
| PORTIONS OF RULES 205 AND 213 OF | : | DOCKET |
| THE PENNSYLVANIA BAR ADMISSION | : | |
| RULES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of March, 2020, upon the recommendation of the Pennsylvania Board of Law Examiners (the "Board"),

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, and Rule 1952(A) of the Rules of Judicial Administration, that Rules 205 and 213 of the Pennsylvania Bar Admission Rules are suspended or temporarily modified as follows:

1.      Pennsylvania Bar Admission Rule 205(b), regarding law study required for admission of foreign attorneys and graduates of foreign institutions, is temporarily modified to allow on-line coursework to be credited if it would otherwise have occurred on the campus of an accredited law school in the United States but for campus closures caused by the COVID-19 pandemic; and

2.      Pennsylvania Bar Admission Rule 213(b)'s requirement that the Board hold a hearing within 30 days after receipt of an applicant's request for a hearing is suspended. Any hearing that the Board would otherwise be required, under Rule 213(b), to hold during the judicial emergency declared by the Supreme Court of Pennsylvania on March 16, 2020, or any extension of that emergency, or that the Board would be required under Rule 213(b) to schedule in response to a request received during the judicial emergency, or any extension of that emergency, may be held within 30 days after the conclusion of the judicial emergency, or any extension of that emergency.

3.      In the discretion of the Board, and with the consent of the applicant, hearings pursuant to Pennsylvania Bar Admission Rule 213(b) may be held by telephone or videoconference during, and within 30 days after the conclusion of, the judicial emergency declared by the Supreme Court of Pennsylvania by order dated March 16, 2020, or any extension of that judicial emergency.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.